PREET BHARARA
United States Attorney for the
Southern District of New York
By:   SARAH S. NORMAND
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, NY   10007
Telephone: 212.637.2709
Fax: 212.637.2730
E-mail: sarah.normand@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................................x
MUHAMMAD TANVIR,

                Plaintiff,

                v.

JAMES COMEY, Director, Federal Bureau of Investigation; CHRISTOPHER M. PIEHOTA, Director, Terrorist Screening Center; RAND BEERS, Acting Secretary, Department of Homeland Security; JOHN S. PISTOLE, Administrator, Transportation Security Administration; "JOHN" TANZIN, Special Agent, FBI; Sanya Garcia, Special Agent, FBI; John "LNU", Special Agent, FBI; "John Doe", Special Agent, FBI,

                Defendants.
..............................................................................x

13 Civ. 6951 (RA)

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

TO:    Clerk of Court
          United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance on behalf of defendants and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.   Defendants reserve all rights and defenses, including as to service of process.

Dated: New York, New York
December 3, 2013

                      Respectfully submitted,

                      PREET BHARARA

                      United States Attorney for the
                      Southern District of New York
                      Attorney for Defendants

By:    /s/ *Sarah S. Normand*
        SARAH S. NORMAND
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York   10007
        Telephone: 212.637.2709
        Fax: 212.637.2730
        E-mail: sarah.normand@usdoj.gov