AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Tanvir | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:13-cv-06951 |
| Comey et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Muhammad Tanvir, Plaintiff

Date: 12/05/2013

*Attorney's signature*

Diala Shamas
*Printed name and bar number*

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square, Long Island City, 11101
*Address*

diala.shamas@gmail.com
*E-mail address*

(718) 340-4533
*Telephone number*

(718) 340-4478
*FAX number*