| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

MUHAMMAD TANVIR, JAMEEL ALGIBHAH, AWAIS SAJJAD, and NAVEED SHINWARI,

                      Plaintiffs,

          v.

JAMES COMEY, *et al.*,

                      Defendants.

13-CV-6951 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Yesterday, the Second Circuit mandate issued in this action, remanding and reinvesting this Court with jurisdiction over this matter. No later than July 16, 2021, the parties shall meet and confer, and submit to the Court a joint letter proposing next steps for this litigation.

SO ORDERED.

Dated:     June 17, 2021
              New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge