

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

February 2, 2022

<u>By ECF</u>
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Tanzin v. Tanvir*, No. 13 Civ 6951

Dear Judge Abrams:

      Plaintiffs write respectfully to request an additional two-week extension of time to file their Opposition to the Defendants' Motion to Dismiss in the above captioned case, to February 25, 2002, on account of intervening work and travel conflicts. Defendants' consent to this request and correspondingly request that, in light of counsels' intervening travel plans, that the date for the filing of Defendants' Reply Brief be set for April 29, 2022. This is Plaintiffs' second extension request. The requested briefing schedule would thus be as follows:

Plaintiffs' Opposition to Defendants' Motion to Dismiss:   February 25, 2022
Defendant's Reply Brief                                            April 29, 2022

                                          Respectfully Submitted,

                                          /s/ *Baher Azmy*

                                          Baher Azmy

cc:     All counsel of record (via ECF)