USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUHAMMAD TANVIR et al.,

        Plaintiffs,

v.

FNU TANZIN et al.,

        Defendants.

No. 13-CV-6951 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court intends to hold oral argument on the Individual Defendants' motion to dismiss the First Amended Complaint. By May 23, 2022, the parties shall submit a letter to the Court indicating their availability for argument the weeks of May 30, June 6, and June 13. Unless a request is made to hold argument remotely, the Court will hear argument in person.

SO ORDERED.

Dated:   May 18, 2022
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge