IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD TANVIR, JAMEEL ALGIBHAH, and NAVEED SHINWARI,<br><br>*Plaintiffs,*<br><br>v.<br><br>FNU ("FIRST NAME UNKNOWN") TANZIN, SANYA GARCIA, FRANCISCO ARTOUSA, JOHN LNU ("LAST NAME UNKNOWN"), STEVEN LNU, JOHN C. HARLEY III, MICHAEL LNU, GREGG GROSSOEHMIG, WEYSAN DUN, JAMES C. LANGENBERG, and JOHN DOES 1–6*,*<br><br>*Defendants.* | Case No. 1:13-CV-6951 (RA) |

## NOTICE OF APPEAL

NOTICE is hereby given that Muhammad Tanvir, Jameel Algibhah, and Naveed Shinwari, Plaintiffs in the above-titled action, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Honorable Ronnie Abrams, entered on February 24, 2023 (ECF No. 149, annexed as Exhibit A), dismissing Plaintiffs' individual capacity claims against Defendants FNU ("First Name Unknown") Tanzin, Sanya Garcia, Francisco Artousa, John LNU ("Last Name Unknown"), Steven LNU, John C. Harley III, Michael LNU, Gregg Grossoehmig, Weysan Dun, James C. Langenberg, and John Does 1–6.

Respectfully submitted,

/s/ *Naz Ahmad*
Naz Ahmad
Mudassar Toppa

        Shezza Abboushi Dallal
        CLEAR Clinic
        Main Street Legal Services, Inc.
        CUNY School of Law
        2 Court Square
        Long Island City, NY 11101
        (718)-340-4630
        naz.ahmad@law.cuny.edu

        Baher Azmy
        Shayana Kadidal
        Diala Shamas
        Center for Constitutional Rights
        666 Broadway, 7th Floor
        New York, NY 10012

        Jennifer R. Cowan
        Erol N. Gulay
        Christopher S. Ford
        Ryan Mullally
        Debevoise & Plimpton LLP
        66 Hudson Boulevard
        New York, NY 10001

Dated:  April 25, 2023