UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUHAMMAD TANVIR, JAMEEL ALGIBHAH and NAVEED SHINWARI,

    Plaintiffs,

v.

"JOHN" TANZIN, Special Agent, FBI, SANYA GARCIA, Special Agent FBI, FRANCISCO ARTOUSA, Special Agent, FBI, JOHN "LNU," Special Agent, FBI, STEVEN "LNU," Special Agent, FBI, STEVEN "LNU," Special Agent, FBI, JOHN C. HARLEY, III, Special Agent, FBI, MICHAEL "LNU," Special Agent, FBI, GREGG GROSSOEHMIG, Special Agent, FBI, WEYSAN DUN, Special Agent in Charge, FBI, JAMES C. LANGENBERG, Assistant Special Agent in Charge, FBI and JOHN DOES 1-6, Special Agents, FBI,

    Defendants.

No. 13-cv-6951 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 29, 2024, the Second Circuit affirmed this Court's February 24, 2023 decision granting Defendants' motion to dismiss, and the mandate was issued January 10, 2025. *See* Dkt. 153, 154. Consistent with this Court's instructions in its February 24, 2023 decision, the Clerk of Court is respectfully directed to close this action.

SO ORDERED.

Dated:    January 13, 2025
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge